IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARCELINA APONTE FONTANEZ

XXX-XX-9773

Debtor(s)

CASE NO. 07-04167 BKT

Chapter 7

**FILED & ENTERED ON 07/06/2011**

ORDER DISCHARGING TRUSTEE
AND RELEASING HIS BOND

The instant case was converted to Chapter 7 on 06/02/2011. The Chapter 13 Trustee has rendered a final report of his administration on 06/03/2011. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

SO ORDERED.

In San Juan, Puerto Rico, this 06 day of July, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

ALEJANDRO OLIVERAS RIVERA